TANNER ADVERTISING GROUP, L.L.C., Plaintiff–Appellant,

v.

FAYETTE COUNTY, GEORGIA, Defendant–Appellee.

No. 04–13210.

United States Court of Appeals, Eleventh Circuit.

Nov. 1, 2005.

Edward Adam Webb, Webb & Porter, Atlanta, GA, for Plaintiff–Appellant.

Dennis A. Davenport, McNally Fox & Grant, Fayetteville, GA, for Defendant–Appellee.

* Senior U.S. Circuit Judge Phyllis A. Kravitch may elect to participate in further proceedings in these matters pursuant to 28 U.S.C. § 46(c).

Before EDMONDSON, Chief Judge, and TJOFLAT, ANDERSON, BIRCH, DUBINA, BLACK, CARNES, BARKETT, HULL, MARCUS, WILSON and PRYOR, Circuit Judges*.

BY THE COURT:

A member of this Court in active service having requested a poll on the suggestion of rehearing en banc and a majority of the judges in this Court in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the above cause shall be reheard by this court en banc. The previous panel's opinion is hereby VACATED.

* Senior United States Circuit Judge Phyllis A. Kravitch has elected to participate in further proceedings in this matter pursuant to 28 U.S.C. § 46(c).